**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1844**

———————

WILLIAM G. ROBINSON, Lieutenant,

                                    Plaintiff - Appellant,

      versus

CITY OF GREENVILLE; DAVID HENDERSON, Captain,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry F. Floyd, District Judge.
(CA-02-2533-26BI)

———————

Submitted:  February 7, 2005          Decided:  March 1, 2005

———————

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Wm. Gary White, III, Columbia, South Carolina, for Appellant.
Deborah Casey Brown, GALLIVAN, WHITE & BOYD, P.A., Greenville,
South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William G. Robinson appeals the district court's order adopting the magistrate judge's recommendation and granting summary judgment in favor of his employer and a former supervisor on his claims alleging race discrimination in violation of 42 U.S.C. § 1981 (2000), retaliation in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 2000e-3(a) (2000), and violations of his constitutional rights to equal protection and free speech in violation of 42 U.S.C. § 1983. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and the magistrate judge. See Robinson v. City of Greenville, No. CA-02-2533-26BI (D.S.C. Apr. 23, 2004 and May 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED